UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

-against-

JASON GALANIS, et al.,

                    Defendant.

15 CR 643   ( PKC )

MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **Aaron K. McClellan**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **Jason Galanis** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **California** and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: October 2, 2015

                                            Respectfully Submitted,

                                            /s/ Aaron K. McClellan

                                            Applicant Signature

Applicant's Name: Aaron K. McClellan

Firm Name: Murphy, Pearson, Bradley & Feeney

Address: 88 Kearny Street, 10th Floor

City / State / Zip: San Francisco, CA 94108

Telephone / Fax: Tel: (415) 788-1900 / Fax: (415) 393-8087

E-Mail: AMcClellan@mpbf.com