UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
                Plaintiff,

-against-

JASON GALANIS, et al.,
                Defendant.

15 CR 643 ( PKC )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Thomas P. Mazzucco__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Jason Galanis__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __California__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: October 2, 2015

Respectfully Submitted,

/s/ Thomas P. Mazzucco
Applicant Signature

Applicant's Name: Thomas P. Mazzucco
Firm Name: Murphy, Pearson, Bradley & Feeney
Address: 88 Kearny Street, 10th Floor
City / State / Zip: San Francisco, CA 94108
Telephone / Fax: Tel: (415) 788-1900 / Fax: (415) 393-8087
E-Mail: TMazzucco@mpbf.com