## ANTHONY J. BRASS
Attorney at Law

3223 Webster Street
San Francisco, CA 94123

TELEPHONE (415) 922-5462
FACSIMILE (415) 346-8987
tony@brasslawoffice.com

# MEMO ENDORSED

January 20, 2016

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: /-21-/6              │
└─────────────────────────────────┘
```

BY ECF

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> *Re:    United States v. Galanis et. Al., Case No: 15-cr-643(PKC)*

Dear Judge Castel:

The undersigned respectfully submits this letter, with the Government's consent, on behalf of Defendant Derek Galanis to document the agreement between the parties regarding Mr. Galanis's bond.

On November 20, 2015, the government and the defendant agreed that, because Derek Galanis had provided evidence of being financially incapable of meeting the conditions of the original bond, that the government would agree to a bond modification on the following terms:

1) That Mr. Derek Galanis provide three signatories who would sign an unsecured bond in the amount of $200,000.00 each;
2) That one of the signatories be Mr. Galanis's mother; and
3) That Mr. Galanis abide by the original travel restriction.

In late December of 2015, Derek Galanis satisfied the government's terms by having the following individuals sign the bond in the requested amount:

1) Chandra Galanis (Mr. Galanis's mother)
2) Jesse Galanis (Mr. Galanis's brother)
3) Alex Galanis (Mr. Galanis's sister)

January 20, 2016
Page 2

With these terms satisfied, the parties hereby request that Mr. Galanis remain on release.

Respectfully submitted,

Anthony J. Brass

cc. Assistant United States Attorney Brian Blais (via email)

Application granted.

SO ORDERED

[signature] USDJ
1-20-16