UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  S1 15-cr-643 (PKC)

           -against-

                                                  ORDER

DEREK GALANIS,

                       Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The government shall respond to defendant's Emergency Request for Modification of Imposed Term of Imprisonment of Release to Home Confinement or Supervised Release (Doc 530) by May 1, 2020.

        SO ORDERED.

                                                            P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
         April 22, 2020