UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                       15 Cr. 643-05 (PKC)

      -against-

                                                                        ORDER

DEREK GALANIS,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        John M. Burke is appointed CJA counsel to defendant Derek Galanis for the limited purpose of representing him on a compassionate release application.

        SO ORDERED.

                                                                 P. Kevin Castel
                                                           United States District Judge

Dated: New York, New York
       April 29, 2020

Mailed on April 29, 2020 to defendant Derek Galanis, #80742-198, Taft Correctional Institution, P.O. Box 7001, Taft, CA 93268