UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    15-cr-643-5 (PKC)

      -against-                                  ORDER

DEREK GALANIS,

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The government shall respond to the defendant's motion for compassionate release by May 20, 2020. The Court will hear telephonic argument on May 22, 2020 at 2 p.m.

       The call-in information for the proceeding is as follows:

       Dial-in number: (888) 363-4749

       Access code: 3667981

       SO ORDERED.

                                                      P. Kevin Castel
                                                United States District Judge

Dated:  New York, New York
           May 13, 2020